■ MADELINE LEVINE, Respondent, v ROY HOWARD et al., Appellants. [666 NYS2d 415] —Order, Supreme Court, New York County (Richard Lowe, III, J.), entered May 6, 1997, which denied defendants' motion for summary judgment, unanimously affirmed, with costs.

Defendants' motion was properly denied, there being, at a minimum, an issue of fact as to whether plaintiff, although not a signatory to the contract, was an intended beneficiary thereof (*see, Lebensfeld v Bashkin*, 144 AD2d 542). Concur—Milonas, J. P., Mazzarelli, Andrias and Colabella, JJ.